UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21021-CIV-JORDAN/DUBÉ

KAREN HUTCHINGSON,

      Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on the Motion to Reopen and Enter Judgment in Favor of Plaintiff filed by the Plaintiff on November 9, 2010 (D.E. #16) pursuant to a Clerk's Notice of Magistrate Judge Assignment entered by the Clerk of Court, United States District Court for the Southern District of Florida. This Court has reviewed the motion and the file in this cause.

The Plaintiff has filed a complaint seeking review of a decision denying her application for supplemental security income. On November 10, 2009, this Court issued an Order remanding this cause to the Commissioner pursuant to sentence six of 42 U.S.C. §405(g). On remand, the Commissioner conducted a de novo hearing and on September 15, 2010, issued a fully favorable decision to the Plaintiff. The present motion filed by the Plaintiff seeks to have the Court reopen this case and affirm the decision of the Commissioner. The Plaintiff provided a copy of the "Notice of Decision - Fully Favorable" along with the Order of Administrative Law Judge. (D.E. #16, pages 4-12). Thus, there is no dispute that the decision of the Commissioner should be affirmed. Accordingly, based on the foregoing, this Court recommends as follows:

      (1)    The Motion to Reopen and Enter Judgment in Favor of Plaintiff (D.E. #16) be

**GRANTED**; and that

(2)   Final Judgment under Rule 58, Federal Rules of Civil Procedure be entered.

Pursuant to Local Magistrate Rule 4(b), the parties have fourteen (14) days from service of this Report and Recommendation to serve and file written objections, if any, with the Honorable Adalberto Jordan, United States District Judge.  Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained herein. Loconte v. Dugger, 847 F.2d  745 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); R.T.C. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

**DONE AND ORDERED** this ___16___ day of November, 2010.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE