UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21021-CIV-JORDAN

| | |
|---|---|
| KAREN HUTCHINGSON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

### FINAL JUDGMENT

Upon a de novo review of the record, I adopt the report and recommendation issued by Magistrate Judge Dube [D.E.20], to which there were no objections. Accordingly, Ms. Hutchingson's motion to re-open the case and enter judgment her favor [D.E. 16] is GRANTED.

The ALJ's decision finding Ms. Hutchingson disabled under § 1614(a)(3)(A) of the Social Security Act, 42 U.S.C.A. § 1382c(a)(3)(A), is AFFIRMED.

This case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 22nd day of February, 2010.

*/s/ Adalberto Jordan*
Adalberto Jordan
United States District Judge

cc: Magistrate Judge Dube
    Counsel of record.