UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21021-CIV-JORDAN

| | |
|---|---|
| KAREN HUTCHINGSON | ) |
| Plaintiff, | ) |
| vs. | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION FOR ATTORNEY'S FEES AND COSTS**

Upon a de novo review of the record, I adopt the report and recommendation issued by Magistrate Judge Dube regarding Ms. Hutchingson's petition for attorney's fees and costs [D.E.24], to which there were no objections. Accordingly, Ms. Hutchingson's petition for attorneys' fees and costs [D.E. 17] is GRANTED.

Ms. Hutchingson is entitled to recover $963.99 in attorney's fees, payable to her counsel, Elizabeth Read, subject to any offset to satisfy any pre-existing debt owed by Ms. Hutchinson to the United States.

DONE and ORDERED in chambers in Miami, Florida, this 21st day of February, 2010.

_____
Adalberto Jordan
United States District Judge

cc:   Magistrate Judge Dube
      Counsel of record.